CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL - 3 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ANDREW WOLTERS,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:12-cv-00096 |
| v. | ) ) ) | **ORDER** |
| ERIC HOLDER, et al.,<br>    Defendants. | ) ) | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **DENIED** leave to proceed in forma pauperis; the action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 3rd day of July, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge